UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS R. ROSADO, | Civil Action No. 15-1412 (CCC) |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| THE HUDSON COUNTY COURT, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's renewed application for *in forma pauperis* ("IFP") status. The Court previously denied Plaintiff's initial IFP application as deficient, and administratively closed the case. Finding now that Plaintiff has submitted a proper IFP application, leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. This case is subject to *sua sponte* screening by the Court, and the Complaint will be screened in due course.

IT IS therefore on this ___2___ day of __April__, 2015,

**ORDERED** that the Clerk shall reopen the case;

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**; it is further

**ORDERED** that the Complaint shall be filed; it is further

**ORDERED** that **SUMMONS SHALL NOT ISSUE**, at this time, as the Court's *sua sponte* screening has not yet been completed; and it is further

**ORDERED** that the time to serve process under Fed.R.Civ.P. 4(m) is hereby extended to the date 120 days after the Court permits the Complaint to proceed.

_____
**CLAIRE C. CECCHI, U.S.D.J.**